UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:24-cv-00165-JRG

Name of party requesting extension: Fibar Group S.A.

Is this the first application for extension of time in this case?  ☑ Yes
☐ No

If no, please indicate which application this represents:  ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 05/22/2024

Number of days requested:  ☐ 30 days
☐ 15 days
☑ Other 45 days

New Deadline Date: 07/29/2024   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Peter Lambrianakos

State Bar No.: NY Bar No. 2894392

Firm Name: FABRICANT LLP

Address: 411 Theodore Fremd Avenue
Suite 206 South
Rye, NY 10580

Phone: (212) 257-5797

Fax: (212) 257-5796

Email: plambrianakos@fabricantllp.com

A certificate of conference does not need to be filed with this unopposed application.